33154. Williams, administrator, *v.* Carrison *et al.*

Felton, J. Where one or more persons wrongfully cut and remove timber from land, and the owner does not in his lifetime, institute an action in trover or to recover damages, a cause of action in trover or for damages for a direct injury to personal property survives to his personal representative. *Davis* v. *Atlanta Gas Light Co.*, ante.

The court erred in sustaining the general demurrer to the petition as amended and in dismissing the action.

*Judgment reversed. Sutton, C.J., and Worrill, Jr., concur.*

Decided October 6, 1950.

*Fort & Fort*, for plaintiff.
*Smith & Undercofler*, for defendants.